# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JUAN LUIS TAPIA<br><br>Petitioner,<br><br>v.<br><br>D. MARIN et al.,<br><br>Respondents. | Case No. 5:26-cv-02515-MWF-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636 and General Order 05-07 of the United States District Court for the Central District of California, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline.

IT IS THEREFORE ORDERED that:

1. The Report and Recommendation is ACCEPTED.

2. The Petition for Writ of Habeas Corpus IS DENIED.

3. This action is DISMISSED WITHOUT PREJUDICE.

Dated: July 2, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge